# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

131761
131762

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EARLY DEWAIN DEAN, and
CATHERINE J. DEAN,
          Plaintiffs-Appellees,

v

JACKSON COUNTY ROAD
COMMISSION,
          Defendant-appellant,

and

LINDA TENGMAN, and
SALLY HATCHER,
          Defendants.

SC: 131761, 131762
COA: 264063, 266355
Jackson CC: 04-004185-CH

_____/

      On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

11218